**ORIGINAL** ✓

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION



| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| v. | § § | CRIMINAL NO. 3:96-CR-315-K |
| WILLIAM DENNIS BROSSEAU | § § | |

### NOTICE OF APPEARANCE OF COUNSEL

COMES NOW, for the United States, by and through the United States Attorney for the Northern District of Texas, and hereby respectfully advise the Court and other parties to this action that this cause has been assigned within the office of the United States Attorney for the Northern District of Texas to Jeff Ansley, Assistant United States Attorney.

ACCORDINGLY, the Clerk of the Court is hereby requested to add Jeff Ansley as counsel of record for United States on the docket sheets.

Respectfully submitted,

RICHARD B. ROPER
United States Attorney

JEFFREY J. ANSLEY
Assistant United States Attorney
Texas Bar No. 00790235
1100 Commerce Street, 3rd Floor
Dallas, TX 75242
Telephone: 214.659.88784
Facisimile: 214.767.4100

## CERTIFICATE OF SERVICE

IT IS HEREBY CERTIFIED that service of the foregoing Notice of Appearance of Counsel has this 22nd day of December, 2005, been made by mailing a copy thereof by First Class United States mail, postage paid, to the defense attorney.

_____
JEFFREY A. ANSLEY
Assistant United States Attorney